# EXHIBIT A

FILED
CIVIL ACTIONS BRANCH
AUG 07 2019
Superior Court of the District of Columbia
Washington, D.C.

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

**Case No.** 19 - 0005184

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| Aaron Stevens | vs | Robert mueller |
| PLAINTIFF | | DEFENDANT |
| 425 2nd Street northwest | | 935 pensylvania Avenue northwest |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| washington DC 20001 | | washington DC 20535 |
| City State Zip Code | | City State Zip Code |
| cut wires on my home home invasion in progress | | (415) 553-7400 |
| Telephone Number | | Telephone Number |
| JohnEdgarHooverthegreatestman@gmail.com | | none provided to Aid abed ussus and muller plaintiff victim witness |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

I Am an united states of America citizen born and raised an cherokee indian African American man A Jewish christian I lived at my parents house in a peaceful part of earth Rodeo California when I was kidnapped from carquinez middle school in crockett, california by a businessman with a business license from the secratary of state office in sacramento california and martinez city hall calling himself contra costa county martinez sheriff department he did a home invasion premeditated murder I reported it to director of FBI main headquarters Robert mueller and he did nothing the businessman returned to forge his ransom while FBI was present in violation of united states constitution Amendments 1st, 4th, 13th, A racket is operating 24/7 in 15 states and international while FBI Director robert mueller participates main theft present theft extortion wire fraud murder forced labor ecological terrorism road murder by not filing charges or witness protection

2. What relief are you requesting from the Court? Include any request for money damages.

witness protection

medical practitioner and medical services that has been denied by racket and Robert mueller

Rico Act filed on contra costa county martinez sheriff department business market main license holder

100 thousand Dollars from bank account money laundering ransom through SSA refunded

2013 given HIV [illegible] for deed forgery multiple armed robberys list ransom Robert Mueller

3. State any other information, of which the Court should be aware: The rope that tied me up the demands duct tape that covered my mouth the blindfold that covered my face the weapon used to terrify me the forced entree into my house the lift manager used to lift my home valuables and life expectancy the lookouts used to get away the home valuables of software configuration apps for ebreaders [illegible] notebooks laptops 18,400 apps worth 15. Billion united states dollars the fence used to profit on home valuables the cut wires on my home the communication systems used to communicate the ticking time bomb used to cover up the DNA intent of [illegible] home invaders the all call the [illegible] the premeditated murder the deed forgery for real estate fraud murder the ransoms feed managers in hostage takeover locations the ransom collectors/ransom forgers/field operatives in dumping site locations the getaway vehicles the ransom accounts deposits access forgery with [illegible] beneficiary of the comercial real estate - residential real estate - agriculture real estate - closed circuit TV network real estate - racketeer influenced corrupt organized criminal act department real estate timeshare option holdings the bank account [illegible] of the [illegible] had move such as 15 state racket murder in progress reported to Robert Mueller and he did nothing at all depriving me of life and liberty education and employment constitution amendment rights freedom from involuntary servitude slavery rights to be protected from unreasonable search and seizures to be safe and secure in my own paper houses and effects then my right to be a jew christian indian american [illegible] on earth and united states 1st - 14th amendment of US constitution has been violated by Robert Mueller/ Time cards - activity reports - mail logs - phone logs - internet logs - DNA all provided [illegible] Robert Mueller for witness protection [illegible] filing **SIGNATURE** he did nothing then Jennifer [illegible] in several hospitals and commercial estates because of Robert Mueller [illegible] Hennepin County [illegible] [illegible] [illegible] general [illegible] [illegible]

ASSA and [illegible] is being forced by [illegible] and [illegible] [illegible] Robert Mueller is [illegible] and would [illegible] of [illegible] not [illegible] money laundering for ransom murder reported

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

[signature]

SIGNATURE

08/07/19

DATE

Subscribed and sworn to before me this 7th day of Aug 2019 Patricia Allen Deputy Clerk

[signature]

(Notary Public/Deputy Clerk)



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Aaren Striplin
Plaintiff

vs.

Case Number 19 0005184

Robert mueller
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Aaren Striplin
Name of Plaintiff's Attorney

425 2cd Street Northwest
Address
washington DC 20001

Cut wires on my home f/ home invasion premeditate murder
Telephone

*Clerk of the Court*

By **Patricia Allen** **Deputy Clerk**
Deputy Clerk

Date 8/7/2019

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles

500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

________________________________
Demandante

contra

Número de Caso: ____________________

________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

________________________________
Nombre del abogado del Demandante

Por: ________________________________
Subsecretario

________________________________
Dirección

________________________________

Fecha ________________________________

________________________________
Teléfono

如需翻译,请打电话(202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET 19-0005184

Aaren Striplin
Case Number: ______

vs
Date: ______

Robert Mueller
☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Aaren Striplin | Relationship to Lawsuit |
|---|---|
| Firm Name: Data Forensic Investigation | ☐ Attorney for Plaintiff |
| Telephone No.: Six digit Unified Bar No.: cut wires on my home [illegible] | ☐ Self (Pro Se) |
| | ☑ Other: I have to represent myself |

TYPE OF CASE: ☐ Non-Jury ☐ 6 Person Jury ☑ 12 Person Jury
Demand: $ 100 thousand united states dollars Other: witness protection/rico act filed/escorted to court to testify on CCC sheriff

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar#: ______

NATURE OF SUIT: *(Check One Box Only)* ☑ racketeer influenced corrupt organized crime act

**A. CONTRACTS**

**COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☑ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ ~~09 Real Property-Real Estate~~
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

[signature]
Attorney's Signature

08/07/19
Date



SUPERIOR COURT
DISTRICT OF COLUMBIA

D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

ROBERT MUELLER
955 Pennsylavina Avenue NW
WASHINGTON, DC 20535

2019 CA 005184 B

CANOH-1
11/12/2019

19 NOV 21 2019
Mail Services #32
NOV 20 2019
Opened & Inspected

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

**November 12, 2019**

CASE NAME: AAREN STRIPLIN Vs. ROBERT MUELLER

CASE NO. 2019 CA 005184 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. The attorneys and any party not represented by an attorney must appear before Judge FERN FLANAGAN SADDLER.

**HEARING DATE: Friday, January 17, 2020**
**TIME: 9:30 am**
**LOCATION: 500 Indiana Avenue N.W.**
**Courtroom 100**
**WASHINGTON, DC 20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division